## Roy BAKER, Appellant, v. STATE of Texas, Appellee.
### No. 23018.

Court of Criminal Appeals of Texas.
Jan. 10, 1945.

R. L. Graves, of Brownfield, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

**HAWKINS, Presiding Judge.**

Conviction is for murder, the killing resulting from an automobile accident, punishment assessed at two years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire to further prosecute his appeal, and same is dismissed at appellant's request.